■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUGO GUERRERO, Appellant. [629 NYS2d 234] —Judgment, Supreme Court, Bronx County (Richard Lee Price, J.), rendered July 23, 1992, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree and criminal possession of a weapon in the second degree, and sentencing him to consecutive terms of $7^1/_2$ to $22^1/_2$ years and $4^1/_2$ to $13^1/_2$ years, respectively, unanimously affirmed.

Defendant's claim of prosecutorial misconduct in summation is largely unpreserved. Were we to review the comments in question, including the characterization of defendant's testimony as a "fairytale", we would find that they were properly responsive to defense arguments and constituted fair comment on the evidence presented within the broad bounds of rhetorical comment permissible in closing argument (*see, People v Wright*, 212 AD2d 413). The prosecutor's statement in respect to defendant's videotape admission that he had previously seen the gun in question was the subject of a prompt curative instruction by the court. We perceive no abuse of discretion in sentencing. The application for a waiver of the mandatory surcharge is premature (*People v Ramirez*, 208 AD2d 381, *lv denied* 84 NY2d 1037). Concur—Sullivan, J. P., Rosenberger, Ross, Asch and Tom, JJ.